# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| David Meyers**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:23-cv-00123-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Foothills Correctional Institute | ) | |
| Wardens | ) | |
| FNU Bevins | ) | |
| FNU Clark | ) | |
| FNU Sheids | ) | |
| FNU Serap | ) | |
| FNU Hutchins | ) | |
| FNU McCall | ) | |
| FNU Foster-Fauster | ) | |
| Foothills Correctional Institution | ) | |
| FNU Reep | ) | |
| FNU Bushowitz | ) | |
| Bradeshawn Harris | ) | |
| Todd Ishee | ) | |
| FNU Johnson | ) | |
| FNU Stewart**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 31, 2023 Order.

May 31, 2023

Frank G. Johns, Clerk
United States District Court